IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN

| | |
|---|---|
| **AMBER PORTER** | **PLAINTIFF** |
| v. | CIVIL ACTION NO.: 3:25-cv-546-HTW-LGI |
| **AMAZON.COM SERVICES LLC** | **DEFENDANT** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Plaintiff has this day served the following:

1. Plaintiff's Responses to Requests for Production to Defendant(s).

A true and correct copy of this Notice has been served upon the Defendant(s) along with the document. The original pleadings are being retained in the possession of counsel for the Plaintiff.

THIS, the 20th day of January, 2026.

Respectfully submitted,

/s/ Louis H. Watson, Jr.
LOUIS H. WATSON, Jr. (MSB #9053)
Attorney for Plaintiff

OF COUNSEL:

THE WATSON LAW FIRM, PLLC
1501 JACKSON AVE W STE 113 PMB 101
OXFORD, MS 38655-2566
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
louis@thewatsonlawfirm.com

## CERTIFICATE OF SERVICE

I, Louis H. Watson, Jr., attorney for the Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, the 20th day of January, 2026.

/s/Louis H. Watson, Jr.
LOUIS H. WATSON, JR.